W. CHRISTIAN KRANKEMANN, ESQ (SBN 220438)
KRANKEMANN | PETERSEN LLP
Attorneys At Law
375 E Street, Suite 120
Santa Rosa, California  95404
Telephone:  (707) 524-2200
Facsimile:  (866) 858-0100
wck@krankemann.com

Attorney for Plaintiff
OptiRev, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VINTERACTIVE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OPTIREV, LLC,<br><br>    Defendant.<br><br>OPTIREV, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>VINTERACTIV, LLC,<br><br>    Counterdefendant. | Case No.: 3:15-cv-02903-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Courtroom:**   10<br>**Judge:**          Susan Illston<br>**Trial Date:**    None Set |

1  Plaintiff/Counterdefendant VinterActive, LLC and Defendant/Counterclaimant OptiRev, LLC stipulate to and respectfully ask the Court to reschedule the Initial Case Management Conference that is currently scheduled for October 2, 2015, at 2:30 p.m., to **November 6, 2015, at 2:30 p.m.**, and to continue other deadlines accordingly, per the Order Setting Initial Case Management Conference and ADR Deadlines (ECF 3), which states: "If the Initial Case Management Conference is continued, the other deadlines are continued accordingly."

There is good cause to reschedule the Case Management Conference, due to a scheduling conflict identified by OptiRev's counsel, as set forth in accompanying declaration of W. Christian Krankemann in support of this stipulated request. Mr. Krankemann has trial-related conferences scheduled on October 2, for an insurance bad faith trial starting on October 6 in Marin County Superior Court. Trial is expected to run three to four weeks. At the same time, he is in the process of relocating his law firm to a separate building by the end of September 2015. He anticipates that trial- and move-related issues will consume nearly all of his time from now until the latter part of October.

Despite these scheduling issues, the parties are working diligently and cooperatively to advance this case. OptiRev filed its Answer and Counterclaim on August 7, 2015 (ECF 17), and VinterActive filed its Answer to Counterclaim on August 27, 2015 (ECF 18). The parties have communicated by phone and email and have agreed to continue meet and confer efforts throughout October.

NOW THEREFORE, the parties stipulate and agree, subject to the Court's approval, that:

(i) the Case Management Conference will be moved from September 25, 2015, at 2:30 p.m., to ~~**November 6, 2015**~~ **October 30, 2015, at 2:30 p.m.**

(ii) the Case Management Statement will be due on **October ~~30~~ 23, 2015**, and all other deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (ECF 3) will be continued accordingly.

///

KRANKEMANN | PETERSEN LLP
ATTORNEYS AT LAW
375 E Street, Suite 120 | Santa Rosa, California 95404
Telephone (707) 524-2200 | Facsimile (866) 858-0100

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 17, 2015            BERNARD IP LAW, LLC

/s/ Laura C. Rosenthal
Laura C. Rosenthal
Attorneys for Plaintiff/Counterdefendant
VinterActive, LLC

KRANKEMANN | PETERSEN LLP

/s/ W. Christian Krankemann
W. Christian Krankemann
Attorneys for Defendant/Counterclaimant
OptiRev, LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, W. Christian Krankemann, attest that concurrence in the filing of this Stipulation to Reschedule the Initial Case Management Conference has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2015, at Santa Rosa, California.

s/ W. Christian Krankemann
W. Christian Krankemann

1  ~~[PROPOSED]~~ **ORDER**

2  Pursuant to stipulated request, **IT IS SO ORDERED.**

4  Dated: 9/18/15            _____
                              Hon. Susan Illston
                              United States District Judge

W. CHRISTIAN KRANKEMANN, ESQ (SBN 220438)
KRANKEMANN | PETERSEN LLP
Attorneys At Law
375 E Street, Suite 120
Santa Rosa, California 95404
Telephone: (707) 524-2200
Facsimile: (866) 858-0100
wck@krankemann.com

Attorney for Plaintiff
OptiRev, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VINTERACTIVE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIREV, LLC,<br><br>        Defendant. | Case No.: 3:15-cv-02903-SI<br><br>**DECLARATION OF W. CHRISTIAN KRANKEMANN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| OPTIREV, LLC,<br><br>        Counterclaimant,<br><br>    v.<br><br>VINTERACTIV, LLC,<br><br>        Counterdefendant. | **Courtroom:** 10<br>**Judge:** Susan Illston<br>**Trial Date:** None Set |

-1-
**DECLARATION OF W. CHRISTIAN KRANKEMANN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

I, W. Christian Krankemann, declare as follows:

1. I am an attorney admitted to practice in California and before this Court. I am a partner in the law firm Krankemann | Petersen LLP, counsel of record for OptiRev, LLC in this matter. I make this declaration based on my own personal knowledge.

2. Pursuant to Civil L.R. 6-2, I submit this declaration in support of the parties' concurrently filed Joint Stipulation and [Proposed] Order Rescheduling the Initial Case Management Conference.

3. On June 23, 2015, the Court scheduled the Initial Case Management Conference in this matter for September 25, 2015, at 2:30 p.m. (ECF 3). On August 6, 2015, the Court postponed the Initial Case Management Conference one week to October 2, 2015.

4. Defendant/Counterclaimant OptiRev, LLC filed its Answer/Counterclaim on August 7, 2015 (ECF 17), and Plaintiff/Counterdefendant VinterActive, LLC filed its Answer to Counterclaim on August 27, 2015 (ECF 18).

5. I have a scheduling conflict on October 2, 2015 and therefore am not able to attend the Case Management Conference as currently scheduled. I am lead trial counsel in *De La Renta v. Geico*, an insurance bad faith case set in Marin County Superior Court, Civ-1202608 (filed June 6, 2012). The trial is set to start on October 6, and I have trial-related conferences scheduled for October 2, 2015 that I am unable to reschedule. Trial is expected to run for three to four weeks, and almost certainly will not be postponed.

6. I am also in the process of moving my law firm out of its current address by the end of this month, and into a separate building. I expect that trial and move-related issues will consume almost all of my time from now until the latter part of October.

7. In light of the abovementioned conflict, I requested that the parties agree to a new date for the Case Management Conference. Counsel for Plaintiff/Counterdefendant VinterActive, LLC, does not oppose the request.

8. Despite these scheduling issues, the parties are working diligently and cooperatively to advance this case via recent filings. The parties have also communicated

-2-

**DECLARATION OF W. CHRISTIAN KRANKEMANN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

by phone and email and have agreed to continue meet and confer efforts throughout October.

9. Pursuant to Civil L.R. 6-2(a)(2), I have set forth below a list of previous time modifications in this action:

    a. On July 28, 2015, pursuant to the parties' joint stipulation, the Court ordered that OptiRev, LLC had an additional 14 days to file its Answer/Counterclaim.

10. The parties do not foresee this time modification having any effect on the schedule for this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2015, at Santa Rosa, California.

                               s/ W. Christian Krankemann
                               W. Christian Krankemann

KRANKEMANN | PETERSEN LLP
ATTORNEYS AT LAW
375 E Street, Suite 120 | Santa Rosa, California 95404
Telephone (707) 524-2200 | Facsimile (866) 858-0100