UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINTERACTIVE, LLC,

        Plaintiffs,

   v.

OPTIREV,

        Defendants.

Case No. 15-cv-02903-SI  (SI)

**SECOND PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 20, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/31/17.

DESIGNATION OF EXPERTS: 1/17/17; REBUTTAL: 1/31/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 24, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 3, 2017;
    Opp. Due: March 17, 2017; Reply Due: March 24, 2017;
    and set for hearing no later than April 7, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 9, 2017, 2017 at 3:30 PM.

JURY TRIAL DATE: May 22 2017, 2017 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Defendant shall issue a check for the Copy Right Office documents immediately. The Court continued the litigation schedule as indicated above.

Counsel shall contact Magistrate-Judge Westmore to arrange to schedule a further settlement conference before the end of November 2016.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

  **IT IS SO ORDERED**.

Dated: 10/3/16

                 _____
                 SUSAN ILLSTON
                 United States District Judge